# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| USA | : | CR. 07-736(PGS) |
| V. | : | |
| JUAN CORDERO VARGAS | : | ORDER TO VACATE |

It is on this 7th day of July 2008,

Hereby ordered that the order dated July 2, 2008 was entered inadvertently, and is hereby vacated; and the sentence as originally imposed on January 25, 2008 remains in effect.

*[signature]*
PETER G. SHERIDAN, U.S.D.J.